In the Matter of WARREN COMMERCIAL REFRIGERATOR SALES CORPORATION, Respondent, *v.* MARTHA BYRNE, as Register of the County of New York, Appellant.

Argued May 19, 1941; decided June 12, 1941.

*William C. Chanler*, Corporation Counsel (*Stanley Buchsbaum* and *Paxton Blair* of counsel), for appellant.

*Robert Goldstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.